Appeal No. 79-119. Raymond A. Turcotte *v.* Paul J. Bento *et al.* The plaintiff appeared before us on November 7, 1979 in response to our order to show why defendants' motion to dismiss for failure of plaintiff to file his brief should not be granted and, further to show cause why this appeal should not be dismissed in light of this court's ruling that there is no appeal from a Superior Court judgment rendered pursuant to the provisions of §45-20-1.1. *Kurbiec* v. *Bastien*, 120 R.I. 111, 385 A.2d 667 (1978).

The plaintiff conceded that the appeal be dismissed. Accordingly plaintiff's appeal is hereby dismissed. *Paul M. Chappell*, for plaintiff. *Corcoran, Peckham & Hayes, Patrick O'N. Hayes, Jr., Kathleen Managhan*, for defendants.

Appeal No. 79-185. Anna A. Perry *v.* Linwood G. Howard, Jr. The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted. *Quinn, Cuzzone & Geremia, John F. Cuzzone, Jr.*, for plaintiff. *Gunning, LaFazia & Gnys, Inc., Netti C. Vogel*, for defendant.